UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | MAGISTRATE NO.: 14-9237 |
| | : | |
| V. | : | CRIMINAL ACTION |
| | : | |
| Melissa Perez | : | ORDER OF RELEASE (Amended) |

The Court orders the defendant is ordered released on a personal recognizance bond with the following bail conditions:

( ✓ ) Reporting, as directed, to U.S. Pretrial Services;

( ✓ ) Substance Abuse testing/treatment, as directed by U.S. Pretrial Services;

( ✓ ) Mental Health testing/treatment as directed by U.S. Pretrial Services:

( ✓ ) The defendant shall appear at all future court proceedings;

( ✓ ) Other: ENGAGE IN INTENSIVE OUTPATIENT PROGRAM REFRAIN FROM ALCOHOL USE

_____  4/8/15
DEFENDANT                DATE

It is further ORDERED that the defendant be furnished with a copy of this order and a notice of the penalties applicable to violation of conditions of release.

ANTHONY R. MAUTONE
U.S. MAGISTRATE JUDGE

4/8/15
DATE